# UNITED STATES DISTRICT COURT
### for the
District of Delaware

| United States of America | ) | |
| v. | ) | |
| Tyler Ramaley | ) | Case No. |
| | ) | 24- 384M |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

**FILED**

NOV 13 2024

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ November 13, 2024 _____ in the county of _____ New Castle _____ in the _____ District of _____ Delaware _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
| --- | --- |
| 18 U.S.C. § 2252(a)(4)(B) | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_/s/ Brian Mitchell_
*Complainant's signature*

SA Brian Mitchell, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed R. Crim. P.4.1 and 4(d).

Date: _____ 11/13/2024 _____

*Judge's signature*

City and state: _____ Wilmington, DE _____

Honorable Eleanor G. Tennyson, U.S. Magistrate Ju
*Printed name and title*

<u>**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT**</u>

I, Brian S. Mitchell, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

<u>**INTRODUCTION AND AFFIANT BACKGROUND**</u>

1.     I make this affidavit in support of a criminal complaint against Tyler Ramaley ("**RAMALEY**").

2.     I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since July 2017.  I am currently assigned to the Baltimore Field Office of the FBI, in the Wilmington, Delaware Resident Agency.  I have received specialized training in human trafficking and child exploitation investigations, computer and cell phone analysis for such investigations, search warrant writing, and the enforcement of federal laws.  I have received training in child sexual abuse material and child exploitation and have had the opportunity to observe and review numerous examples of child sexual abuse material (as defined in 18 U.S.C. § 2256).

3.     I have learned about violent crimes against children through training at the FBI Academy, various conferences and trainings, and everyday work related to conducting such investigations.  I am aware that those who travel in interstate commerce and use interstate facilities for the purposes of committing offenses against children commonly use electronic devices in furtherance of their illegal activities.  The electronic devices are used to access the internet for communication with potential victims and storing images/videos.

4.     As part of my duties, I am authorized to investigate violations of the laws of the United States, including criminal violations relating to child exploitation, child pornography, coercion and enticement, and transportation of minors, including but not limited to violations of

18 U.S.C. §§ 2422, 2423, 2251, and 2252.  I am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

5.      The facts contained in this affidavit are based in part on information and reports provided by U.S. federal law enforcement agents and state law enforcement officers; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, independent investigation and analysis by law enforcement agents/analysts and computer forensic professionals, and my experience, training, and background as a Special Agent. I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish that there is sufficient probable cause for the requested complaint. I have not, however, knowingly withheld any fact necessary to a determination of probable cause.

6.      I submit that there is probable cause to believe that **RAMALEY** committed violations of 18 U.S.C. § 2252(a)(4)(B) and (possession of, or access with intent to view, child pornography, including attempt).

**FACTS IN SUPPORT OF PROBABLE CAUSE**

**A. RAMALEY Identified By Another Defendant for Sharing CSAM in Zoom Calls**

7.      In April 2023, FBI Boston obtained information from a confidential witness ("CW") about a subject who was in possession of child pornography.  The CW had previously pleaded guilty to federal child pornography charges. FBI Boston was then able to identify the subject as ▮▮▮▮▮▮▮ hereinafter referred to as ▮▮▮▮▮.

8.      The CW told FBI Boston that he encountered ▮▮▮▮▮ in various Zoom[1] rooms

---

[1] Zoom is a cloud-based communications platform that allows users to connect via video, audio, phone, and chat.  During Zoom meetings, users are able to share their screens with others.

that were used for the streaming of child pornography or CSAM. The CW recalled ██████████

Zoom username as ██████████

9. The CW said he saw child pornography being streamed in these Zoom rooms and that the users were able to make contact with each other and branch off into smaller rooms (also known as "breakout rooms"), which would allow them to communicate more intimately.

10. In July 2023, FBI Boston received a tip from the National Center for Missing and Exploited Children[2] ("NCMEC"). The cybertip was reported to NCMEC by Dropbox, a cloud storage provider. The cybertip reported that a user, identified in part by the username "██████ ██████" and with an email address that contains ██████'S name, had uploaded two files that Dropbox identified as child pornography.

11. In October 2023, FBI Boston obtained federal search warrants authorizing the search of the Dropbox account associated with ██████S email address for evidence of child pornography.

12. A review of ██████'S Dropbox account identified approximately 15 video files of suspected child pornography. Of those files, five were Zoom videos in which both ██████ and **RAMALEY** were present. These files will be described below.

13. FBI Boston ultimately obtained a federal arrest warrant, in the District of Massachusetts, for ██████, charging him with receipt of child pornography, as well as possession of child pornography. After ██████'S arrest, ██████ agreed to be interviewed

---

[2] NCMEC's CyberTipline is the national online clearinghouse for tips and leads about child sexual exploitation. The CyberTipline is the method through which the public and electronic service providers may report the enticement of children for sexual acts, extra-familial child sexual molestation, child pornography, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, and misleading words or digital images on the internet.

by FBI Boston. The interview took place in December 2023.

14. During the interview, ▮▮▮▮▮was shown several screen captures of participants present during the Zoom meetings which were recovered from ▮▮▮▮▮S Dropbox account.

15. ▮▮▮▮▮ was shown a photograph labeled "1," which depicted an adult male participating in the Zoom room. ▮▮▮▮▮ believed the male was from Delaware but possibly worked in Center City, Philadelphia. ▮▮▮▮▮stated that he met the male in a Zoom room and has "Zoomed" with him several times. ▮▮▮▮▮stated this Delaware subject would stream child pornography during the Zoom calls from both his cell phone and from a Telegram account. Below is the screen capture of the male shown to ▮▮▮▮▮:



16. ▮▮▮▮▮did not know the subject's name and could not provide any additional information. But based on the information ▮▮▮▮▮ did provide, in February 2024, FBI Boston contacted Delaware State Police ("DSP") and shared three screen captures of the subject from the various videos which were identified by ▮▮▮▮▮ as the subject in the photograph above.

17. DSP notified FBI Boston that a subject was identified utilizing facial recognition software. The subject was identified as **RAMALEY**.

18. FBI Boston reviewed **RAMALEY**'s driver's license photograph and observed a

birthmark on the head of **RAMALEY**, which matched an identical birthmark from the screen captures from the various Zoom calls obtained from ▮▮▮▮▮▮. **RAMALEY**'s license photograph is below:



19. Based upon this information and the driver's license photograph, FBI Boston was able to positively confirm that the subject seen in the videos streaming child pornography in the various Zoom calls was indeed **RAMALEY**.

20. Additionally, in March 2024, FBI Boston completed their review of evidence seized from their investigation into ▮▮▮▮▮. During review of a collected device, FBI Boston located a contact saved from Facebook messenger with the name "Tyler Ramaley."

21. In ▮▮▮▮▮, ▮▮▮▮▮ pled to receipt of child pornography in the District Court of Massachusetts.

**B.  Law Enforcement Located RAMALEY in Delaware**

22. In August 2024, using law enforcement databases on **RAMALEY** in Delaware, law enforcement was able to identify, via a law enforcement database search, a listed address of

████████████████, Wilmington, Delaware 19810 for **RAMALEY**.[3]

23. Then, in September 2024, law enforcement went to ████████████████ — which is an apartment complex—and obtained the list of owners and current occupants from management. The current occupant for Unit ██ was listed as **RAMALEY**.

## C. RAMALEY is Depicted on Five Zoom Calls where CSAM is Shown

24. FBI Boston provided the five Zoom calls, listed above from paragraph 14, depicting **RAMALEY** to FBI Wilmington. I reviewed the five calls. A sampling of descriptions for three of the videos is below:

a. Filename "*2020-05-24 01.44.23 B B's Personal Meeting Room 6426682802_rcrecord_1*" is approximately 6 minutes and 22 seconds in duration. The video appears to be a screen recording of a Zoom video conference or similar platform. The video displays several men in different frames, including **RAMALEY** and ████████, all of whom are masturbating. Also visible in a separate frame, which appears to be the screen sharing of an electronic device, is a video collage that depicts, in part, an adult male masturbating over the vagina of a small female child who appears to be either an infant or a toddler. The age of the young child is based on the size and appearance of the child as compared to the adult male depicted and her body shape, size, and distribution of body fat, which I believe to be consistent with that of, at most, a toddler. It appears that the penis ejaculates onto the child. A new video starts and displays an adult penis being inserted into the anus of a prepubescent female child who appears to be approximately five to seven

---

[3] It is my understanding that "████████████████" is another way to write the address "████ ████████████████." For example, a Google search of both addresses brings up the same apartment complex at ████████████████.

years old. While these child pornography videos play in one frame, the men displayed in the other frames, including **RAMALEY**, continue to masturbate. The age of the child is based on the size and appearance of the child as compared to the adult male depicted and the absence of secondary sexual characteristics, such a pubic hair or breast development. A redacted screen capture of this video is below. **RAMALEY** can be seen in the top right corner:



b. Filename "*2020-06-03 13.00.16 Shablame Phorme's Personal Meeting Room 9331604151_rcrecord_0*" is approximately 17 minutes and five seconds in duration. This video appears to be from a Zoom video conference or similar platform, and displays two men in separate frames, one of whom is **RAMALEY** and the other ███████. After a few seconds, RAMALEY'S screen disappears from the recording, however, his audio is still heard throughout the duration of the video. Occasionally, **RAMALEY**'s video appears on the recording and **RAMALEY** is observed masturbating. A video is played in a separate frame during the Zoom video conference which appears to be a video collage. The video plays while ███████ masturbates and is talking with **RAMALEY**. ███████ is heard saying, among other things, "I want to see you fucking rape a little girl with your cock," "Just making out with you while my niece[4] turns blue," and "suffocating her with our dicks." **RAMALEY**'s audio continues to be heard and **RAMALEY** is heard moaning and states "deep in her fucking pussy." The child pornography video that plays during the video conference begins with a boy, who appears to be approximately 10-12 years old, with an adult penis inserted into his mouth. The age of the 10- to 12-year-old child described above is based on the size and appearance of the child as compared to the adult male depicted and the boy's lack of secondary sexual characteristics, such as pubic hair. The video transitions to displaying an adult man and infant boy with the adult man placing the infant boy's penis into his mouth. The male then presses his penis against the mouth of the infant boy and then appears to force his penis into the boy's mouth. The video continues with the male rubbing his penis against the child's buttocks and then returns to the adult male placing his penis into the child's mouth. The age of the infant described above is

---

[4] FBI Boston has made Your Affiant aware that ███████ did, in fact, have a five-year-old niece.

based on the size and appearance of the infant as compared to the adult male depicted; and the infant's body shape, size and distribution of body fat which I believe to be consistent with that of an infant. A redacted screen capture of this video is below. **RAMALEY** can be seen in the top right corner:



c.      Filename *"2021-12-24 21.01.23 Shablame Phorme's Personal Meeting Room_video 1953050411"* is approximately 9 minutes and 27 seconds in duration. The video appears to be from a Zoom conference or similar platform, and displays two men masturbating in separate frames, one of whom is **RAMALEY,** and the other is ▮▮▮▮▮▮▮, as various videos are streamed in another frame during the video conference. After a few seconds, ▮▮▮▮▮▮'s video frame is no longer present, however his audio is heard throughout the entire recording. **RAMALEY** appears to be mirroring his cell phone to the Zoom call and is observed picking the videos of child pornography to be displayed. While

the Zoom video is playing, **RAMALEY** is observed smoking an unknown substance from a glass pipe while watching and masturbating to child pornography. ▌ is heard stating, "show you how much I love being a pedo perv with you" and **RAMALEY** replies with "fuck yeah." **RAMALEY** then proceeds to skip through his catalogue of child pornography and ▌ asks him to go back a few videos and **RAMALEY** stops on a video showing a prepubescent male, approximately 6 years old, performing oral sex on an adult male. ▌ responds with "I have never seen this one tho" and asks **RAMALEY** "is it any good or no" and **RAMALEY** responds with "I can't even remember; I think he is just sucking him off." **RAMALEY** is observed grabbing a cell phone and placing the cell phone between his legs. **RAMALEY** then holds the cell phone, which has a green case, and begins to scroll through various video which begins to change the videos being displayed in the Zoom call. **RAMALEY** then proceeds to skip to another video which displays an adult male penis being inserted into a female toddler's anus. **RAMALEY** states "imagine me and you fucking tag teaming this fucking little baby." At the end of the video, the screen mirroring shows the video number for this specific video as "622" and the number of videos in **RAMALEY's** catalogue of "634", "622 of 634." Based on training and experience, this indicates that RAMALEY had on his phone at least 634 videos that, based on context, all likely contain child pornography. As **RAMALEY** continues to scroll through the child pornography catalogue, ▌ asks **RAMALEY** if he will forward him some of the videos, which **RAMALEY** responds by stating "I can definitely do that." **RAMALEY** then displays several small thumbnail videos, which appear to be saved in a media folder. The child pornography videos are displayed in small box sized windows as if they would be displayed on a camera roll prior to selecting a video to watch.

**RAMALEY** begins to scroll through several child pornography videos and there appears to be hundreds of child sexual abuse material ("CSAM") videos saved in the camera roll within the media file. While **RAMALEY** is scrolling through his catalogue, several videos consisting of bestiality are observed, specifically adult males with dogs. Screenshots from this Zoom call with ████ are below; **RAMALEY** can be seen in the top right corner:







25.     The above-described videos of the recorded Zoom rooms varied in how the different participants were displayed.  At times, the videos had various numbers of separate frames

displayed in the videos (i.e., **RAMALEY** masturbating and streaming child pornography, while other individuals were masturbating). At other times, only **RAMALEY**'s frame was seen on screen, while at other times the other participant is observed on the screen. I am aware that the view setting (i.e., whether frames are tiled as equal sizes or whether a certain frame is spotlighted/displayed larger than others) may be adjusted by the host or by individual members of a room.

26. Of the five Zoom videos obtained from ████████'S account and provided to me by FBI Boston, according to the metadata, they were created in 2020 and 2021.

### D. Search of RAMALEY's Residence and Interview of RAMALEY

27. On November 6, 2024, Your Affiant obtained a federal search warrant to search **RAMALEY**'s residence and the person of **RAMALEY** signed by the Honorable Sherry R. Fallon, United States Magistrate Judge for the District of Delaware. On November 13, 2024, FBI executed the search warrant.

28. While on scene, **RAMALEY** consented to an interview with Your Affiant. At the outset, Your Affiant read **RAMALEY** his *Miranda* warning, which he advised that he understood and agreed to speak with FBI agents.

29. During the interview, **RAMALEY** stated he moved into ████████████████ ████████ in 2019 and has lived there continuously since.

30. **RAMALEY** admitted that he has entered Zoom rooms while watching CSAM videos, smoking "meth," and talking with various individuals. **RAMALEY** stated he began entering Zoom rooms approximately around 2019 or 2020.

31. **RAMALEY** found the Zoom links on an application called "MeWe" and would click on the link and would enter a chat room and CSAM would be playing. **RAMALEY** would

then communicate with other individuals in the room and masturbate while talking and viewing CSAM.

32. **RAMALEY** stated the individuals who "host" the room, control the room, and usually stream the CSAM.

33. **RAMALEY** stated he was in these Zoom rooms while living at ███████████ ██████████, primarily in his bedroom and sometimes in his living room.

34. **RAMALEY** admitted that he has been given host privileges in Zoom rooms and has streamed CSAM, via his TELEGRAM application on his cell phone and his laptop, which contains files consisting of images and videos of CSAM. **RAMALEY** stated he has streamed CSAM consisting of young children, both boys and girls.

35. **RAMALEY** advised there are files within his TELEGRAM application that contain CSAM images and videos. The files are present on both his cell phone and his laptop.

36. **RAMALEY** stated he has sent videos of CSAM to individuals in the Zoom calls via TELEGRAM.

37. **RAMALEY** explained when streaming CSAM to Zoom, he would have the Zoom call open on his laptop, and would video share his cell phone, which contained CSAM images/videos, to the Zoom call which was on his laptop.

38. During the interview, **RAMALEY** was shown two redacted images from the Zoom files received by law enforcement (file#: "2021-12-24 21.01.23 Shablame Phorme's Personal Meeting Room_video 1953050411"), described above in paragraph 24(c) and inserted below. **RAMALEY** identified himself in the redacted images and stated these were taken at ███████████ ██████████████, specifically within his bedroom.

14





39.     **RAMALEY** stated the last time he was in a Zoom call where CSAM was being shown was approximately less than a year ago.

40.    Pursuant to the search warrant, Your Affiant also searched **RAMALEY**'s devices. During the search of **RAMALEY**'s laptop, in the TELEGRAM application, Your Affiant located CSAM in **RAMALEY**'s account.

## CONCLUSION

41.    Based on the foregoing facts, I submit that there is probable cause to believe that **TYLER RAMALEY** has violated 18 U.S.C. § 2252(a)(4)(B) by knowingly possessing child pornography.  I therefore respectfully request that the Court issue a criminal complaint charging him with this offense.

Respectfully submitted,

*/s/ Brian Mitchell*
Special Agent Brian S. Mitchell
Federal Bureau of Investigation

Sworn to me over the telephone and signed by me pursuant to
Fed. R. Crim. P. 4.1 on this __13th__ day of November, 2024.

THE HONORABLE ELEANOR G. TENNYSON
UNITED STATES MAGISTRATE JUDGE

16