# DEFENDANT INFORMATION SHEET

**TO:** Clerk, U.S. District Court    | **X** | Felony    |    | Class A Misdemeanor

**DEFENDANT:**    Tyler Ramaley    |    | Indictment    |    | Information

**DOB (Year Only)**    1993    **COUNTY OF OFFENSE:**    New Castle

## OFFENSE(S) & CITATION(S):    MAXIMUM PENALTIES:

| OFFENSE(S) & CITATION(S) | MAXIMUM PENALTIES |
|---|---|
| Possession of Child Pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) | Maximum Imprisonment: 20 years<br>Maximum Fine: $250,000<br>Maximum Supervised Release: 3 years<br>Special Assessment: $100 |
| | |
| | |
| | |

## INSTRUCTIONS

|   |   |
|---|---|
|   | Order to Produce for Arraignment on:    at 1:00 p.m. |
| **X** | Issue Arrest Warrant upon signing of Order |
|   | Issue Summons for Initial Appearance on:    at |
|   | Interpreter Needed    Language |

## DEFENDANT INFORMATION

Defendant's Address:    27000 Valley Run Drive, Unit 606,

City:    Wilmington    County:    New Castle    State:    DE    Zip:    19810

Date of Arrest:    Date of 1st Appearance in this District

Bail Set:    Date Made:    Remains in Federal Custody    [ ]

/s/ *Claudia L. Pare* _
Claudia L. Pare
Assistant United States Attorney